# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHAM-O HOLDING, LTD., WHAM-O INTERNATIONAL, LTD. and JEFF HSIEH CHENG,<br><br>Plaintiffs,<br><br>vs.<br><br>KYLE EDWIN AGUILAR; WHAM-O MARKETING, INC.; AND DOES 1-10,<br><br>Defendants. | Case No. 2:16-CV-00694 DSF (JEMx)<br><br>**STIPULATED FINAL JUDGMENT** |
| KYLE EDWIN AGUILAR; WHAM-O MARKETING, INC.,<br><br>Cross-Complainants,<br><br>vs.<br><br>WHAM-O HOLDING, LTD., WHAM-O INTERNATIONAL, LTD. and JEFF HSIEH CHENG,<br><br>Cross-Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent |
| 2 | with the terms of the parties' Settlement Agreement dated October 7, 2016, as |
| 3 | amended, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows: |

1. Kyle Edwin Aguilar shall immediately pay to the order of Jeff Hsieh Cheng the amount of $3,963,000, plus post-judgment interest under 28 U.S.C. § 1961.

2. Other than the above, nothing in this Final Judgment shall operate to alter or change the terms of the parties' Settlement Agreement dated October 7, 2016, as amended.

DATED: 6/5/17

Dale S. Fischer
United States District Judge